■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE J. SANTIAGO, Appellant. [910 NYS2d 759]—Appeal from a resentence of the Monroe County Court (Alex R. Renzi, J.), rendered August 22, 2007. Defendant was resentenced upon his conviction of murder in the first degree (four counts).

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Smith, J.P., Lindley, Sconiers, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL B. BOWERS, Appellant. [910 NYS2d 758]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered October 22, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree and criminal possession of a weapon in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Lindley, Sconiers, Pine and Gorski, JJ.